Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:     (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiffs,
Sream, Inc. and RooR International BV*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>MAKHAN S. RALH A/K/A MAKHAN SINGH, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-03064-WBS-DB<br>Hon. William B. Shubb<br><br>**JOINT STIPULATION DISMISSING THE ENTIRE ACTION**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

WHEREAS, Plaintiffs Sream, Inc. and RooR International BV (collectively "**Plaintiffs**") filed their Complaint on November 27, 2018 against Defendant Makhan S. Ralh a/k/a Makhan Singh ("**Defendant**");

WHEREAS, Plaintiffs and Defendant engaged in extensive settlement discussions, and executed a confidential settlement agreement on January 2, 2019 (prior to Defendant's answer date);

WHEREAS, all Parties have executed their respective portions of the settlement agreement, which includes a dismissal with prejudice of the above captioned suit conditioned on certain terms being performed, which have since occurred.

NOW THEREFORE, Plaintiffs and Defendant hereby stipulate as follows:

1. Plaintiffs' Complaint and the Entire Action shall be and hereby are dismissed *with prejudice*.
2. The other terms of the settlement shall remain confidential.
3. The Parties are to bear their own attorneys' fees and costs.
4. The Eastern District of California Shall retain jurisdiction over Plaintiffs and Defendant arising from or related to any future dispute over the confidential settlement agreement.

Dated: January 21, 2019       **NEXIO, PC**

By: /s/ *Imran F. Vakil*
Imran F. Vakil
*Attorneys for Plaintiffs,*
*Sream, Inc. and RooR International BV*

Dated: January 21, 2019       **FREEMAN, MATHIS, & GARY LLP**

By: /s/ *David M. Daniels*
David M. Daniels
*Attorneys for Defendant*
*Makhan S. Ralh a/k/a Makhan Singh*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation<br><br>Plaintiffs,<br><br>v.<br><br>MAKHAN S. RALH A/K/A MAKHAN SINGH, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-03064-WBS-DB<br>Hon. William B. Shubb<br><br>**ORDER DISMISSING THE ENTIRE ACTION**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

The Court has before it Plaintiffs Sream, Inc. and RooR International BV ("**Plaintiffs**") and Defendant Makhan S. Ralh a/k/a Makhan Singh's ("**Defendant**") Joint Stipulation Dismissing The Entire Action pursuant to F.R.C.P. 41(a)(1)(A)(ii). Having considered the Parties' stipulation, THE COURT HEREBY ORDERS THAT:

1. Plaintiffs' Complaint and the Entire Action shall be and hereby are dismissed *with prejudice*.
2. The other terms of the settlement shall remain confidential.
3. The Parties are to bear their own attorneys' fees and costs.
4. The Eastern District of California Shall retain jurisdiction over Plaintiffs and Defendant arising from or related to any future dispute over the confidential settlement agreement.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER DISMISSING THE ACTION